[No. 65776-3-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMION ANTOINE THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03982-4, Helen Halpert, J., entered June 14, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Spearman, JJ.

[No. 65866-2-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL M. KAHORA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06491-8, Jay V. White, J., entered August 16, 2010. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 65875-1-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR FIGUEROA-OLGUIN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-00476-1, Steven J. Mura, J., entered September 13, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Spearman, JJ.

[No. 65915-4-I.   Division One.   March 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOHN NORDVALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06043-2, Michael Heavey, J., entered July 19, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Leach, J.